UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 05, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER CHARLES COPPIN,

Defendant.

Case No. 2:16-cr-00223-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTOPHER CHARLES COPPIN ,

Case No. 2:16-cr-00223-KJM , from custody for the following reasons:

\_\_\_\_\_  Release on Personal Recognizance

\_\_\_\_\_  Bail Posted in the Sum of $ \_\_\_\_\_

__X__  Unsecured Appearance Bond $  25,000

\_\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_\_  Appearance Bond with Surety

\_\_\_\_\_  Corporate Surety Bail Bond

__X__  (Other): Third-party custody and pretrial services supervision.

Issued at Sacramento, California on December 05, 2016 at 2:25 pm

By: _(signature)_

Magistrate Judge Carolyn K. Delaney