IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>              v.<br><br>CHRISTOPHER COPPIN,<br><br>                              Defendant. | CASE NO. 2:16-CR-00223-KJM<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Christopher Coppin filed a motion for reduction in sentence and compassionate release on August 20, 2020.  ECF No. 105.  Pursuant to Local Rule, the government's response is due by August 27 2020, and any reply due September 31, 2020.  ECF No. 31.  Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request.

/ / /

/ / /

/ / /

/ / /

/ / /

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, ECF No. 105, be due on September 8, 2020; and

    b) The defense reply, if any, will be due on September 15, 2020.

IT IS SO STIPULATED.

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated:  August 27, 2020

                                      */s/ Vincente Tennerelli*
                                      VINCENTE TENNERELLI
                                      Assistant United States Attorney

Dated:  August 27, 2020                      /s/ *Kyle Knapp*

                                      Counsel for Defendant

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, ECF No. 105, is due on September 9, 2020; and

    b)    The defense reply, if any, will be due on September 15, 2020.

IT IS SO ORDERED.

DATED:  September 4, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE