IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CHRISTOPHER COPPIN,<br><br>            Defendant. | CASE NO. 2:16-CR-00223-KJM<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.  Defendant Christopher Coppin filed a motion for reduction in sentence and compassionate release on August 20, 2020.  The government's response is due by September 8 2020, and any reply due September 15, 2020.  Government counsel requests additional time to obtain records and draft the response brief.

2.  Counsel for the defendant does not oppose this request.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3.  Accordingly, by this stipulation, the parties now request that:

STIPULATION AND PROPOSED ORDER            1

a) The government's opposition or response to defendant's motion, Docket No. 105, be due on September 11, 2020; and

b) The defense reply, if any, will be due on September 18, 2020.

IT IS SO STIPULATED.

                                                          McGREGOR W. SCOTT
                                                          United States Attorney

Dated: September 9, 2020

                                                          */s/ Vincente Tennerelli*
                                                          VINCENTE TENNERELLI
                                                          Assistant United States Attorney


Dated: September 9, 2020                        /s/ *Kyle Knapp*

                                                          Counsel for Defendant

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 105, is due on September 11, 2020; and

    b)    The defense reply, if any, will be due on September 18, 2020.

IT IS SO ORDERED.

DATED: September 14, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE