HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
CHRISTOPHER CHARLES COPPIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CHARLES COPPIN,<br><br>Defendant. | Case No. Cr. S. 16-CR-00223-KJM<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Chief Judge Kimberly J. Mueller |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Coppin for the reasons set forth in his Motion.

DATED: December 8, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE